840

No. 73–1891.  SEA-LAND SERVICE, INC. *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 73–1893.  BLOHM & VOSS AG *v.* PRUDENTIAL-GRACE LINES, INC.  C. A. 4th Cir.  Certiorari denied.

No. 73–1895.  TEXAS ET AL. *v.* TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY.  C. A. 5th Cir. Certiorari denied.

No. 73–1898.  MICHIGAN NATIONAL BANK *v.* GRIGG ET AL.  Ct. App. Mich.  Certiorari denied.

No. 73–1899.  MARTAIN *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 73–1900.  TWILLEY ET AL. *v.* GOVERNOR OF MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 73–1904.  DIGILAB, INC., ET AL. *v.* SECRETARY OF LABOR ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 73–1905.  DOLLAR GENERAL CORP. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 6th Cir.  Certiorari denied.

No. 73–1909.  ALFIN *v.* INTERNATIONAL LADIES' GARMENT WORKERS UNION, AFL–CIO.  C. A. 5th Cir.  Certiorari denied.

No. 73–1910.  RADIOCALL PAGING SERVICE *v.* CORPORATION COMMISSION OF OKLAHOMA ET AL.  Sup. Ct. Okla. Certiorari denied.

No. 73–1911.  CHASE *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.